IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICIA J. REAM,

    Appellant,

v.

MARK J. WITTMAN, Trustee,

    Appellee.

ORDER

Case No.  14-cv-319-wmc

Appellant Patricia Ream has filed a notice of appeal of an order of the Bankruptcy Court.  She has not paid the $298.00 fee at the Bankruptcy Court for filing an appeal nor has she requested leave to proceed without prepayment of the fee.  Assuming that plaintiff wishes to proceed without prepayment of the fee, she will be required to complete the enclosed petition and affidavit to determine whether she qualifies as indigent.  If appellant does not submit this affidavit by May 27, 2014, this case will be dismissed without further notice.

ORDER

IT IS ORDERED that appellant Patricia Ream may have until May 27, 2014, in which to submit a completed affidavit of indigency.  Plaintiff is advised that, if she fails to comply as directed or show cause of her failure to do so, the court will assume that she does not wish to proceed and this case will be dismissed without further notice.

Entered this 5th day of May, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

_____
Full name of plaintiff(s) or petitioner(s)

Case No. _____
(Provided by the clerk of court)

v.

_____
Full name of defendant(s) or respondent(s)

**PETITION AND AFFIDAVIT TO PROCEED**
**WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

I, _____, declare that I am the plaintiff or petitioner in the above-named action.  In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.  I answer the following questions truthfully and under penalty of perjury (additional pages may be added, if necessary, to provide complete information):

**I.  Personal Information**

1) Are you currently incarcerated?        Yes         No

   If "No," go to question 2.  Complete all sections.

   If "Yes," answer questions (a), (b) & (c), skip to Section IV. Complete sections IV and V.

   (a)   State the place of your incarceration and provide your prisoner identification number:

         _____    _____
         (place)                              (number)

   (b)   Are you employed at the institution?          Yes              No

   (c)   Do you receive any payment from the institution?          Yes          No

If you are a prisoner, attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. Prisoners who are permitted to file in forma pauperis must pay the full filing fee in installments.

(WIWD 12/07)
**Personal Information** - *continued*

2) Are you employed?             Yes          No

3) Are you currently married?    Yes          No
   If "Yes," is your spouse employed?     Yes          No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?
   Yes         No

   If "Yes," list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship to You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.  Income** - If you are married, your answers ***must include your spouse's income.***
*(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total *monthly* income?          $ _____

Provide the name of your employer(s):   _____

State your spouse's total *monthly* income?    $ _____

State the amount of money you have received from any other source in the last twelve months (e.g., rent payments, pension or insurance payments, gifts, inheritance, disability or workers' compensation payments).  Please attach an additional sheet if necessary.

Source of income                                             Amount

_____     $ _____

_____     $ _____

**III. Expenses** - If you are married and/or have dependents, *your expenses should also include your household's expenses.*
   *(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

    Rent or     Mortgage                          $ _____

    Car payment(s)                              $ _____

    Alimony and/or court-ordered child support  $ _____

    Credit card payment(s)                    $ _____

2) Do you have any other monthly expenses that you have not already identified?
        Yes          No

    If "Yes," list them below:

Expense                                                              Amount

_____         $ _____

_____         $ _____

_____         $ _____

3) What is the total amount of your <u>monthly</u> expenses?   $_____

**IV. Property** - If you are married, your answers must *include your spouse's property.*

1 ) Do you own a car?       Yes        No   If "Yes," list car(s) below:

Make and Model                       Year        Approximate Current Value

_____   _____    $_____

_____   _____    $_____

2) Do you own your residence(s)?        Yes        No

    If "Yes," state the approximate value(s). $ _____

        What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the residence(s)? $ _____

**IV. Property** - *continued*

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?     Yes     No

If "Yes," identify the property and approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

4) Do you have any cash or checking, savings, or other similar accounts?     Yes     No

If "Yes," state the total amount of such sums. $ _____

5) Do you own any intangible property, including but not limited to real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k)?     Yes     No

If "Yes," state the nature of that property and approximate value(s).
_____

**V. Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

_____     _____
Date                                                     **Signature** - **Signed Under Penalty of Perjury**